Appeal from Special Term, New York County. Action by R. A. Schoenberg & Co. against Sarah J. A. Hall and others. From an order granting defendants' motion to vacate an order for examination of the defendants before trial, plaintiff appeals. Reversed. M. L. Heidenheimer, of New York City, for appellant. Thomas J. Whalen, of New York City, for respondents.

PER CURIAM. The order appealed from is reversed, with $10 costs and disbursements, and the order for examination modified, by limiting the examination to facts tending to prove the plaintiff's cause of action.

RAYMOND, Respondent, v. SUPREME LODGE K. P. OF THE WORLD, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Mary E. Raymond against the Supreme Lodge Knights of Pythias of the World. No opinion. Interlocutory judgment (85 Misc. Rep. 141, 148 N. Y. Supp. 76) affirmed, with costs, with usual leave to appellant to withdraw demurrer, and answer, upon payment of costs in this court and at Special Term.

REGAN, Respondent, v. LEONHARD MICHEL BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Eloise F. Regan, as administratrix, etc., of Gerard Regan, deceased, against the Leonhard Michel Brewing Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re RICH. (Supreme Court, Appellate Division, First Department. November 13, 1914.) In the matter of Maurice B. Rich. No opinion. Application granted. Settle order on notice. See, also, 158 App. Div. 473, 143 N. Y. Supp. 623.

RIPLEY v. GUARANTY TRUST CO. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Alice L. Ripley against the Guaranty Trust Company. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

ROOT v. BRAINARD. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Perle W. Root against John M. Brainard. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, to the extent of requiring plaintiff to give the particulars specified in subdivision (d) of defendant's notice of motion. Settle order on notice. See, also, 149 N. Y. Supp. 1108.

ROOT, Respondent, v. BRAINARD, Appellant. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Perle W. Root against John M. Brainard. T. H. Beardsley, of New York City, for appellant. M. A. Warren, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 149 N. Y. Supp. 1108.

ROSENBERG, Respondent, v. POLLOCK, Appellant. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Mary Rosenberg against Rose Pollock. No opinion. Motion for stay granted, on condition that within 10 days the appellant file a bond to pay the amount of the fine, together with any costs and disbursements on appeal. In default thereof, motion denied.

ROSKO, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 7, 1914.) Action by Peter Rosko against the New York Central & Hudson River Railroad Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

ROTHSCHILD v. INTERBOROUGH RAPID TRANSIT CO. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by David Rothschild against the Interborough Rapid Transit Company. No opinion. Motion for reargument or to go to the Court of Appeals denied. Settle order on notice. See memorandum per curiam. See, also, 162 App. Div. 532, 147 N. Y. Supp. 1040.

RUMSEY, Appellant, v. SULLIVAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. September 30, 1914.) Action by Kate Rumsey against Darris Sullivan and others. No opinion. Motion for reargument (of 148 N. Y. Supp. 1142) granted, to be heard upon additional briefs, which may be submitted within 10 days.

RUPERT et al. v. REES et al. (Supreme Court, Appellate Division, Fourth Department. September 30, 1914.) Application of Homer Rupert and James Austin for a writ of mandamus directed to Benjamin Rees and others, as Election Inspectors of the Town of Rutland, Jefferson County. No opinion. Order affirmed, and writ refused, without costs, upon questions of law only.

RUPP, Respondent, v. STEINER et al., Appellants. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Jacob Rupp by William Rupp, guardian, against Henry Steiner and others. F. Moss, of